UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMAD YOUSEF HASNA,<br>    a/k/a "Orhan Korkmaz,"<br>    a/k/a "Abu Al-Baraa,"<br><br>Defendant. | **ORDER**<br><br>26 Mag. 2982 |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, James M. McDonald, by Assistant United States Attorneys Sarah L. Kushner, Michael D. Lockard, and Juliana N. Murray;

It is found that the Complaint in the above-captioned action, 26 Mag. 2982, is currently sealed and the United States Attorney's Office has applied to have that Complaint and accompanying arrest warrant unsealed on **July 31, 2026**, it is therefore

ORDERED that the Complaint, 26 Mag. 2982, and accompanying arrest warrant, in the above-captioned action be unsealed on **July 31, 2026**, and, upon unsealing, shall remain unsealed pending further order of the Court.

Dated:  New York, New York
        July 31, 2026

_____
THE HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE